THE STATE OF OHIO, APPELLANT, *v.* COSSIN, APPELLEE.

[Cite as *State v. Cossin,* 103 Ohio St.3d 1201, 2004-Ohio-5698.]

(No. 2003–1646—Submitted September 14, 2004—Decided November 10, 2004.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

C. David Warren, Athens County Prosecuting Attorney, and Richard L. Ross, Chief Assistant Prosecuting Attorney, for appellant.

David H. Bodiker, Ohio Public Defender, and James Foley, Assistant Public Defender, for appellee.

William F. Schenck, Greene County Prosecuting Attorney, and Elizabeth A. Ellis, Assistant Prosecuting Attorney, urging reversal for amicus curiae Ohio Prosecuting Attorneys Association.

Jason A. Macke, urging affirmance for amicus curiae Ohio Association of Criminal Defense Lawyers.